IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TEDDY R SOSA,

    Plaintiff,

v.                                                                    No. 19-cv-1212 KG-LF

MARK MAHONE, *et al*,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claims raised in the Amended Civil Rights Complaint (Doc. 3) are dismissed with prejudice; and any pure state-law claims raised in the Amended Complaint are dismissed without prejudice.

                                                                             _____
                                                                       UNITED STATES DISTRICT JUDGE